UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. TURNER, Jr., Booking No. 22726041, <br><br>                              Plaintiff, <br><br> vs. <br><br><br> COUNTY OF SAN DIEGO, et al., <br><br>                              Defendants. | Case No.:  22-CV-1222-RSH (JLB) <br><br> **ORDER DISMISSING CIVIL ACTION** |

On September 27, 2022, the Court dismissed this action without prejudice for failure to satisfy the filing fee requirement. ECF No. 4. *See* 28 U.S.C. § 1914(a). The Court also provided Plaintiff 45 days from the date of that Order to pay the $402 civil filing fee. *Id.* at 5–6. As of November 14, 2022, no payment has been received.

Accordingly, the Court **DISMISSES** the instant civil action and **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

Dated: November 15, 2022

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge